IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      :      1:15CR231-1

                  :

        v.            :

                  :

CLIFTON IRVIN MORTON      :      FACTUAL BASIS

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On March 13, 2015, six files depicting child pornography were uploaded to a draft email in the Google Mail account of cmorton936@gmail.com. Google reported the incident to the National Center for Missing and Exploited Children who in turn reported it to law enforcement. The IP address from which the email account had been accessed was registered to the address 5 Abelia Court, Durham, North Carolina. A search of the North Carolina Sex Offender Registry revealed that CLIFTON IRVIN MORTON ("MORTON") resided at 5 Abelia Court. Sex offender registration records indicated that MORTON moved to Durham after his release from prison on or about March 5, 2014 and registered as a sex offender.

On April 23, 2015, law enforcement officers from the Durham Police Department executed a search warrant at 5 Abelia Court.

Officers found MORTON in his bedroom; and he agreed to speak with them. MORTON stated that he had resided in Durham since March of 2014. Officers observed an LG cellphone on the dresser next to MORTON. MORTON acknowledged that the cellphone belonged to him. Law enforcement officers observed child pornography files on the cellphone and MORTON admitted that the cellphone contained child pornography. MORTON explained that he browsed the internet for child pornography and downloaded it to his cellphone.

Federal Bureau of Investigation Task Force Officer Christopher Chappell conducted a forensic review of the LG cellphone and an SD card contained inside the cellphone. Forensic analysis revealed that the cellphone contained a total of 4638 child pornography images and 233 child pornography videos. 155 of these videos depicted sexual acts involving bestiality, bondage, or acts of humiliation. The earliest accurate created-on date of a child pornography file was March 21, 2014 and the most recent was April 7, 2015.

MORTON has two prior convictions, both no contest pleas, in North Carolina for Indecent Liberties with a Child. The victims are sisters who were ages ten (VICTIM 1) and nine (VICTIM 2) at the time of the conduct.

In the summer of 2011, MORTON pressed a vibrating sex toy to VICTIM 1's vagina on the outside of her clothing. MORTON also

2

attempted to put his hands up VICTIM 1's shorts and touch her vagina. VICTIM 1 observed pictures of nude children, including a picture of a friend, on MORTON'S phone and computer.

In the summer of 2011, MORTON placed a vibrating sex toy down the pants of VICTIM 2 and touched it to her vagina. MORTON also lifted VICTIM 2's shirt and touched her breast area. MORTON took a picture of VICTIM 2's breast area while her shirt was lifted.

This the 9th day of September, 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney


/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street
Greensboro, NC  27401
Phone:  336/332-6302

3

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


UNITED STATES OF AMERICA          :          1:15CR231-1
                                  :
              v.                  :
                                  :
CLIFTON IRVIN MORTON              :          FACTUAL BASIS


CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Eric D. Placke, First Assistant Federal Public Defender


                          /S/ ERIC L. IVERSON
                          Assistant United States Attorney
                          NCSB #46703
                          United States Attorney's Office
                          Middle District of North Carolina
                          101 South Edgeworth Street
                          Greensboro, NC  27401
                          Phone:  336/332-6302


4